# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0696. STEVE MARK LEDDON v. THE JULIE CABELKA IRREVOCABLE TRUST DATED SEPTEMBER 30, 2010**

The appellant in this case failed to comply with the notice of docketing mailed by the Court and with Court of Appeals Rules 23 (a), regarding the filing of an enumeration of errors and a brief with twenty days after the appeal was docketed. See also Court of Appeals Rule 13. On December 18, 2020, this court granted Appellant's request for additional time to file his enumeration of errors and brief, ordering that the enumeration of errors and brief be filed no later than January 10, 2021. Rather than filing his brief by that date, on January 10, 2021, appellant filed a second request for additional time. We granted appellant's second request, ordering that his enumeration of errors and brief be filed no later than February 16. 2021. As of the date of this order, appellant still has not filed his enumeration of errors and brief. Accordingly, this appeal is deemed abandoned and is hereby ORDERED DISMISSED. Court of Appeals rules 7, 23 (b).



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,* _03/23/2021_
   *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*